**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CASEY WILKERSON,<br>    Plaintiff,<br>      v.<br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. EDCV 10-01940-SS<br><br><br><br>**JUDGMENT** |

   IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: August 4, 2011

                                        _____/S/_____
                                        SUZANNE H. SEGAL
                                        UNITED STATES MAGISTRATE JUDGE